

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN TEJEDA and ANDRES PADILLA, on behalf of themselves and all others similarly situated to each respectively;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. CV08-01590 DDP (MANx)<br><br>**CLASS ACTION**<br><br>[~~proposed~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF COSTS, FEES AND ENHANCEMENT PAYMENTS**<br><br>Date: October 5, 2009<br>Time: 11:00 a.m.<br>Ctrm: 3<br>Judge: Hon. Dean D. Pregerson |

The motion of plaintiffs Jonathan Tejeda and Andres Padilla ("Plaintiffs") for an order awarding Plaintiffs costs, attorney's fees and enhancement payments came regularly on for hearing on October 5, 2009 concurrently with Plaintiffs' motion for final approval of the class action settlement ("Settlement") reached with defendant United Parcel Service ("UPS"), which the Court has granted as set forth in its separate Order of Final Judgment and Dismissal with Prejudice. The Court having read and considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefore, Plaintiffs' motion for an

**ORDER AWARDING PLAINTIFFS COSTS, FEES AND ENHANCEMENTS**

award of costs, attorney's fees and enhancement payments is hereby GRANTED and IT IS ORDERED that:

    1. The Court awards Plaintiffs costs in the amount of $13,326.87;

    2. The Court awards Plaintiffs attorney's fees in the amount of $2,000,000 to be allocated as follows: a) the amount of $1,000,000 shall be payable to Spiro Moss LLP; and b) the amount of $1,000,000 shall be payable to the Law Offices of Shaun Setareh;

    3. The Court awards Plaintiff Jonathan Tejeda an enhancement in the amount of $13,000; and

    4. The Court awards Plaintiff Andres Padilla an enhancement in the amount of $18,000.

The Settlement Administrator is hereby directed to make payment of these amounts in accordance with the procedures set forth in the Settlement.

Dated: 10-5-09

_____
United States District Judge

**ORDER AWARDING PLAINTIFFS COSTS, FEES AND ENHANCEMENTS**

1